No. 1092. CALIFORNIA (IN THE MATTER OF ESTATE OF LINDQUIST) *v.* UNITED STATES;

No. 1093. CALIFORNIA (IN THE MATTER OF THE ESTATE OF WALKER) *v.* UNITED STATES;

No. 1214. UNITED STATES (IN THE MATTER OF ESTATE OF LINDQUIST) *v.* CALIFORNIA; and

No. 1215. UNITED STATES (IN THE MATTER OF ESTATE OF WALKER) *v.* CALIFORNIA. June 4, 1945. Petitions for writs of certiorari to the Supreme Court of California

denied. *Robert W. Kenny,* Attorney General of California, and *Clarence A. Linn,* Deputy Attorney General, for petitioner in Nos. 1092 and 1093. *Assistant Solicitor General Cox, Assistant Attorney General Shea, Messrs. Paul A. Sweeney* and *Walter J. Cummings, Jr.* for the United States. Reported below: Nos. 1092 and 1214, 25 Cal. 2d 697, 154 P. 2d 879; Nos. 1093 and 1215, 25 Cal. 2d 719, 154 P. 2d 891.